IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL OLIVER, individually and on behalf of all others similarly situated<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CARNIVAL CORPORATION<br><br>　　　　　　　　　Defendant. | Case No. 2:22-cv-01855<br><br>Judge Christy Criswell Wiegand |

### JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE

Defendant Carnival Corporation ("Carnival" or "Defendant") and Plaintiff Ariel Oliver ("Plaintiff"), by and through their undersigned counsel, hereby jointly move that the Court adopt the following proposed modification of the case schedule:

WHEREAS, the Complaint (ECF No. 1) in this matter was served on February 8, 2023;

WHEREAS, Defendant's response to the Complaint is due May 8, 2023;

WHEREAS, in the interests of more efficient adjudication, the parties have recently reached an agreement in principle to have this action transferred to the Southern District of California for consolidation with several other similar actions;

WHEREAS, the parties require additional time to coordinate the mechanics of such transfer and consolidation with the other similar actions;

WHEREAS, as resources spent filing a responsive pleading or briefing a motion to dismiss at this time would be wasted, in light of the fact that a new answer or motion-to-dismiss briefing will need to be filed after this case is transferred and a new, consolidated complaint is filed;

For good cause and extraordinary circumstances shown, the parties hereby jointly move that the Court modify the scheduling order as follows:

The time for Defendant to answer or otherwise respond to the Complaint be extended to **June 8, 2023**;

The time for Plaintiff to respond to Defendant's motion to dismiss and accompanying filings or, alternatively, to amend the Complaint per Fed. R. Civ. P. 15(a)(1)(B) be extended to **July 10, 2023**; and

The time for Defendant to reply in support of a motion to dismiss and any accompanying filings or, if Plaintiff has amended the complaint, to move to dismiss (or answer) such amended complaint be extended to **July 24, 2023**.

Respectfully submitted,

Dated:  May 8, 2023

By: /s/ Elizabeth Pollock-Avery

Gary F. Lynch
gary@lcllp.com
Kelly K. Iverson
kelly@lcllp.com
Jamisen A. Etzel
jamisen@lcllp.com
Elizabeth Pollock-Avery
elizabeth@lcllp.com
Nicholas A. Colella
nickc@lcllp.com
Patrick D. Donathen
patrick@lcllp.com

1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
Attorneys for Plaintiff

Dated:  May 8, 2023

By: /s/ Aravind Swaminathan

Aravind Swaminathan
aswaminathan@orrick.com
Jacob M. Heath
jheath@orrick.com
Rebecca Harlow
rharlow@orrick.com

401 Union Street
Suite 3300
Seattle, WA 98101-2668
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301
Attorneys for Defendant